The People of the State of Illinois, Plaintiff-Appellee,
v. Gerald F. Wallace, Defendant-Appellant.

Gen. No. 69–160. (Abstract of Decision.)

Second District.

March 2, 1970.

Dixon, Devine, Ray & Morin, of Dixon, for appellant;
Albert N. Kennedy, State's Attorney, of Dixon, for appellee.
Opinion by JUSTICE ABRAHAMSON. Not to be published in full.